ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Fax No.)

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS HUFF, *et al.,* )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>KAISER VENTURES LLC, *et al.,* )<br>)<br>Defendants. )<br>) | No. C08-04490-BZ<br><br>MOTION FOR LEAVE TO AMEND COMPLAINT PURSUANT TO STIPULATION, [PROPOSED] ORDER |

Pursuant to Civil L. R. 7-11 and 7-12, plaintiffs, having reached a stipulation will all Defendants, now respectfully move the Court for an Order granting Plaintiffs leave to file the Amended Complaint, a proposed copy of which is attached to the parties stipulation, filed contemporaneously herewith (Document 14), and incorporated herein by this reference.

Plaintiffs seek to file the Amended Complaint to add an additional party to the action, namely, CERTAINTEED CORPORATION.

In addition, having reached a stipulation will all Defendants, Plaintiffs also request that the Court order that Defendants KAISER VENTURES LLC and CARRIER CORPORATION shall not be required to Answer the Amended Complaint, and that all denials, responses, and affirmative defenses contained in their Answers to the original complaint shall be responsive to

1 | the Amended Complaint.

2 |     WHEREFORE, Plaintiffs respectfully request that the Court enter an Order:

3 |     1.    Granting leave to file the Amended Complaint and leave to serve summons and

4 | complaint upon CERTAINTEED CORPORATION; and,

5 |     2.    That Defendants KAISER VENTURES LLC and CARRIER CORPORATION

6 | are not required to Answer the Amended Complaint, and that all denials, responses, and

7 | affirmative defenses contained in their Answers to the original complaint shall be responsive to

8 | the Amended Complaint.

9 |     Respectfully submitted,

10 | Dated: December 10, 2008    BRAYTON❖PURCELL LLP

11 |     /s/ David R. Donadio

12 |     By: _____
    David R. Donadio

13 |     Attorneys for Plaintiffs

14 |     [~~PROPOSED~~] **ORDER**

15 | APPROVED AND SO ORDERED.

16 | Dated: December 10, 2008

17 |     */s/ Bernard Zimmerman*
    Bernard Zimmerman

18 |     United States Magistrate Judge