A CERTIFIED TRUE COPY
ATTEST

By Teresa Bishop on Jan 27, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# E-filing

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Jan 09, 2009**

FILED
CLERK'S OFFICE

**UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION**

## IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

$C \circ 8^{-} - 4490 \beta Z$

(SEE ATTACHED SCHEDULE)

MDL No. 875

FILED

FEB 1 0 2009

### CONDITIONAL TRANSFER ORDER (CTO-318)

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 83,678 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Eduardo C. Robreno.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Robreno.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable Eduardo C. Robreno.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi

Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**Jan 27, 2009**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY CERTIFIED TO FROM THE RECORD

DATED: 1/29/09

ATTEST: Jom Deyse

DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

**IN RE: ASBESTOS PRODUCTS LIABILITY**
**LITIGATION (NO. VI)**                                         MDL No. 875

### SCHEDULE CTO-318 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**          **CASE CAPTION**

CALIFORNIA CENTRAL
CAC 2 08-7434          Carol S. Dudash, et al. v. Alstom Power, Inc., et al.
                                   **Opposed 1/26/09**
CAC 2 08-7548          John Lusk, et al. v. A.B. Boyd Co., et al. **Opposed 1/26/09**

CALIFORNIA NORTHERN
CAN 3 08-3013          Jeri Redman, et al. v. A.W. Chesterton Co., Inc., et al.
                                   **Opposed 1/26/09**
CAN 3 08-4380          Elmoyne Holbrook, et al. v. General Electric Co., et al.
CAN 3 08-4381          Theoni Salcedo, et al. v. Newport News Shipbuilding & Dry Dock
                                   Co., et al.
CAN 3 08-4400          Clark Ogle, et al. v. General Electric Co., et al.
CAN 3 08-4401          Albert Hutto, et al. v. General Electric Co., et al.
CAN 3 08-4415          Larry Yabarra, et al. v. General Electric Co., et al.
CAN 3 08-4416          John Koloen, et al. v. General Electric Co., et al. **Opposed 1/27/09**
CAN 3 08-4461          Joseph Murray, et al. v. General Electric Co., et al.
CAN 3 08-4489          Daniel Tarbell, Sr., et al. v. Kaiser Ventures, LLC, et al.
CAN 3 08-4490 ✓       Thomas Huff, et al. v. Kaiser Ventures, LLC, et al.
CAN 3 08-4656          Brenda Lunsford, et al. v. General Electric Co.
CAN 3 08-4926          Cleo Ann Conner, et al. v. General Electric Co., et al.
CAN 3 08-5185          Dennis Morillas, et al. v. General Electric Co.
CAN 3 08-5212          Sheila Correia, et al. v. Newport News Shipbuilding & Dry Dock
                                   Co.
CAN 3 08-5260          David Sanborn, et al. v. Asbestos Corp., Ltd., et al.
                                   **Opposed 1/26/09**
CAN 4 08-4925          Patsy Rood, etc. v. General Electric Co., et al.
CAN 4 08-5015          Dorothy Seltmann, et al. v. A.W. Chesterton Co., et al.

CONNECTICUT
CT 3 07-1359          Lionel J. Despres, et al. v. Ampco-Pittsburgh Corp., et al.
CT 3 07-1912          Hope Olivar, etc. v. Buffalo Pumps, Inc., et al.
CT 3 08-116           Dorothy DeMatties, etc. v. Acmat Corp., et al.
CT 3 08-707           Richard Carroll, et al. v. Buffalo Pumps, Inc., et al.
CT 3 08-1479          Robert I. Hayford, Jr., et al. v. Buffalo Pumps, Inc., et al.

**MDL No. 875 - Schedule CTO-318 Tag-Along Actions (Continued)**

DELAWARE
DE 1 08-624         Herbert Pease v. A.W. Chesterton Co., Inc., et al.
DE 1 08-912         Jacqueline Snyder, etc. v. A.O. Smith Corp., et al.

FLORIDA NORTHERN
FLN 1 08-206        John Delatte, et al. v. A.W. Chesterton Co., Inc., et al.

ILLINOIS NORTHERN
ILN 1 08-5754       Marlene Woods, etc. v. CBS Corp., et al.

ILLINOIS SOUTHERN
ILS 3 08-755        Arvid Johnson, et al. v. Foster Wheeler Energy Corp., et al.
                    **Vacated 1/23/09**

LOUISIANA EASTERN
LAE 2 08-4203       Walter McDonald, et al. v. Crowley Maritime Corp., et al.
                    **Opposed 1/27/09**
LAE 2 08-4204       Clarence Scott Wren, Sr. v. Cooper/T. Smith Stevedoring, Inc., et
                    al.      **Opposed 1/27/09**

LOUISIANA WESTERN
LAW 5 08-1341       Joan Montalbano, et al. v. Crown Cork & Seal Co., Inc.

MICHIGAN EASTERN
MIE 2 91-72030      Alfonso Estrada, et al. v. ACandS, Inc., et al.
MIE 2 91-72171      Robert H. Middleton, et al. v. ACandS, Inc., et al.
MIE 2 08-14920      Garry Turner v. Grand Trunk Western Railroad, Inc.
                    **Opposed 1/27/09**

MINNESOTA
MN 0 08-1417        Marvin Gurewitz, etc. v. American Standard, Inc., et al.
MN 0 08-6301        Marvin Dunlap, et al. v. Soo Line Railroad Co.

NORTH CAROLINA EASTERN
NCE 2 08-31         Jerome Bowen Blake v. Anchor Packing Co., et al.
NCE 4 08-118        Harvey Worthington Turnage, Jr., et al. v. Anchor Packing Co., et
                    al.
NCE 4 08-137        Diane Schechter, etc. v. Anchor Packing Co., et al.
NCE 5 08-378        Jessie Darquenne Ashley, etc. v. Anchor Packing Co., et al.
NCE 7 08-106        George N. White, Jr., et al. v. Aqua-Chem, Inc., et al.
NCE 7 08-112        Russell Jay Aderhold, et al. v. Aqua-Chem, Inc., et al.
NCE 7 08-138        David W. Williams, et al. v. Aqua-Chem, Inc., et al.
NCE 7 08-150        Norwood Shelton Wood, et al. v. Anchor Packing Co., et al.

**MDL No. 875 - Schedule CTO-318 Tag-Along Actions (Continued)**

NORTH CAROLINA MIDDLE

| NCM 1 | 08-697 | Donald Ray Clark v. Aqua-Chem, Inc., et al. |
| NCM 1 | 08-708 | Douglas I. Grandy, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 | 08-709 | Terry W. Wyrick, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 | 08-764 | Rosa Lee Manning, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 | 08-765 | Thomas C. Purdy, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 | 08-783 | Jimmie Lee Thompson, Sr. v. Aqua-Chem, Inc., et al. |
| NCM 1 | 08-784 | Cary Brown Murphy, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 | 08-893 | Gary Wade Shue, etc. v. Aqua-Chem, Inc., et al. |

NORTH CAROLINA WESTERN

| NCW 1 | 07-383 | Jackie C. Laney, et al. v. A.W. Chesterton Co., Inc., et al. |
| NCW 1 | 08-478 | William M. Hamrick, Sr., et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-479 | Murray D. Washam, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-480 | Bennie G. Pryor, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-481 | Brenda T. Fuller, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-486 | Dennis W. Richard, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-487 | Linda K. Burrell, etc. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-490 | Timothy B. Grass, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-491 | William C. Sturdivant, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-493 | Sueann B. Setzer, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-494 | Danny Ray Shepherd, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-498 | Larry R. Robinette, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-499 | Gary A. Cornelius, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-500 | James F. Barker, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-502 | Charles R. Bradshaw, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-503 | Ronald K. Bridges, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-504 | Joe Dean Byers v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-505 | Robin G. Caskey, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-506 | Tommy E. Cauthen, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-508 | Leon W. Crocker, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-509 | Jacob M. Dellinger, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-511 | Timothy S. Dellinger, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-512 | Eddie Ray Evans, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-513 | Tony V. Lineberger, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-514 | Coy B. Helms, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-517 | Randy G. Mahaffey, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-518 | Gary T. McGee, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-522 | James Boyce Mitchem v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-524 | Stanley B. Rucker, et al. v. Aqua-Chem, Inc., et al. |

**MDL No. 875 - Schedule CTO-318 Tag-Along Actions (Continued)**

    NCW 1  08-525          Kenneth L. Rumfelt, et al. v. Aqua-Chem, Inc., et al.
    NCW 1  08-527          Danny L. Setzer, et al. v. Aqua-Chem, Inc., et al.
    NCW 1  08-528          Timothy A. Sheppard v. Aqua-Chem, Inc., et al.
    NCW 1  08-529          Robert L. Witherspoon, et al. v. Aqua-Chem, Inc., et al.

NEW HAMPSHIRE
    NH  1  08-458          Judith L. Jackson, etc. v. Metropolitan Life Insurance Co., et al.

NEW JERSEY
    ~~NJ  2  08-5112~~          ~~Francine Peluso v. Asbestos Corp., Ltd., et al.~~ **Opposed 1/26/09**

NEW YORK EASTERN
    NYE 1  08-3221          Edward Kelchner v. A.W. Chesterton Co., Inc., et al.
    NYE 1  08-3436          Mozelle Justice, etc. v. A.W. Chesterton Co., Inc., et al.

NEW YORK SOUTHERN
    ~~NYS 1  08-10228~~          ~~Michael Curry v. American Standard, Inc., et al.~~ **Opposed 1/14/09**

OHIO NORTHERN
    OHN 1  08-10006         Willard E. Bartel, et al. v. A-C Product Liability Trust, et al.
    OHN 1  08-10007         Willard E. Bartel, et al. v. A-C Product Liability Trust, et al.

OKLAHOMA NORTHERN
    OKN 4  08-590         Donnis Lawson, etc. v. Burlington Northern & Santa Fe Railway
                           Co.

OREGON
    ~~OR  3  08-469~~          ~~Vivian L. Dunn, etc. v. B&P Process Equipment & Systems, LLC,~~
                           ~~et al.~~ **Opposed 1/26/09**

RHODE ISLAND
    RI  1  05-252          Micheline Moore, etc., v. A.W. Chesterton Co., Inc., et al.
    RI  1  05-253          Helen Docherty, etc. v. A.W. Chesteron Co., Inc., et al.
    RI  1  08-472          Michael D. Beamis v. Buffalo Pumps, Inc.

SOUTH CAROLINA
    SC  0  08-3356         James Monroe Scott, et al. v. Aqua-Chem, Inc., et al.
    SC  0  08-3415         William T. Clinton, et al. v. Aqua-Chem, Inc., et al.
    SC  0  08-3561         Robert S. Glenn, Jr., et al. v. Aqua-Chem, Inc., et al.

**MDL No. 875 - Schedule CTO-318 Tag-Along Actions (Continued)**

| | | |
|---|---|---|
| SC 0 08-3562 | Perry Littlejohn v. Aqua-Chem, Inc., et al. |
| SC 0 08-3565 | James K. Lightsey, et al. v. Aqua-Chem, Inc., et al. |
| SC 0 08-3566 | Tony D. Hamilton, et al. v. Aqua-Chem, Inc., et al. |
| SC 0 08-3730 | Gardy F. Oliver, Jr., et al. v. Aqua-Chem, Inc., et al. |
| SC 0 08-3738 | Donald W. Ligon, et al. v. Aqua-Chem, Inc., et al. |
| SC 0 08-3739 | Ronald E. Parham, et al. v. Aqua-Chem, Inc., et al. |
| SC 2 08-3759 | Madge L. Pittman, etc. v. Owens-Illinois, Inc., et al. |
| SC 7 08-3736 | Boyd Holcomb, et al. v. Aqua-Chem, Inc., et al. |
| SC 7 08-3741 | Michael E. Parker, et al. v. Aqua-Chem, Inc., et al. |
| SC 7 08-4096 | Bill Bailey, etc. v. Aqua-Chem Inc., et al. |
| SC 8 08-3357 | Odell C. Weaver, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 08-3362 | Teresa H. Dale, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 08-3416 | Selma F. Whitfield, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 08-3420 | Shirley C. Harden, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 08-3424 | James Kenneth Black, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 08-3446 | Charles D. Crisp, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 08-3448 | John Michael Ashley, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 08-3560 | Larry M. Parker, et al. v. Aqua-Chem, Inc., et al. |

TENNESSEE EASTERN

TNE 3 08-368 ~~Angie Smiddy, etc. v. Alcoa, Inc.~~ **Opposed 1/26/09**

UTAH

UT 2 08-630 ~~Ronnie Smith, et al. v. Ford Motor Co., et al.~~ **Opposed 1/27/09**

VIRGINIA EASTERN

| | | |
|---|---|---|
| VAE 2 08-9368 | Eugene L. Beckerle v. American Standard, Inc., et al. |
| VAE 2 08-9369 | Jesus Marquez v. American Standard, Inc., et al. |
| VAE 2 08-9370 | Orlando Sanchez v. American Standard, Inc., et al. |
| VAE 2 08-9371 | Albert W. Anderson v. American Standard, Inc., et al. |
| VAE 2 08-9372 | Hjalner E. Nygard v. American Standard, Inc., et al. |
| VAE 2 08-9373 | Johnny A. O'Neal, Jr. v. American Standard, Inc., et al. |
| VAE 2 08-9374 | Robert A. Smith v. American Standard, Inc., et al. |
| VAE 2 08-9375 | Robert Lee Zamora v. American Standard, Inc., et al. |
| VAE 2 08-9377 | Michael E. Sanders v. American Standard, Inc., et al. |
| VAE 2 08-9430 | Dennis R. Callihan v. American Standard, Inc., et al. |
| VAE 2 08-9431 | Walter V. Ward v. American Standard, Inc., et al. |
| VAE 2 08-9432 | William H. Monroe, Jr., etc. (George H. Heckman, Jr.) v. American Standard, Inc., et al. |
| VAE 2 08-9433 | Donald L. Hardsaw, Sr. v. American Standard, Inc., et al. |

**MDL No. 875 - Schedule CTO-318 Tag-Along Actions (Continued)**

|        |   |          |                                                                       |
|--------|---|----------|-----------------------------------------------------------------------|
| VAE    | 2 | 08-9434  | Emmett Kirtley v. American Standard, Inc., et al.                     |
| VAE    | 2 | 08-9435  | Pete A. Ortega v. American Standard, Inc., et al.                     |
| VAE    | 2 | 08-9452  | Roger K. Bergholz v. American Standard, Inc., et al.                  |
| VAE    | 2 | 08-9453  | Ronald M. Elde v. American Standard, Inc., et al.                     |
| VAE    | 2 | 08-9454  | Arthur J. Demasi v. American Standard, Inc., et al.                   |
| VAE    | 2 | 08-9455  | Raymond E. Ficklin v. American Standard, Inc., et al.                 |
| VAE    | 2 | 08-9456  | Richard L. Adams v. American Standard, Inc., et al.                   |
| VAE    | 2 | 08-9457  | Dennis Brown v. American Standard, Inc., et al.                       |
| VAE    | 2 | 08-9458  | Donald F. Carroll, et al. v. The Budd Co., et al.                     |
| VAE    | 2 | 08-9459  | Larry Dixon v. American Standard, Inc., et al.                        |
| VAE    | 2 | 08-9460  | Francis G. Gross v. American Standard, Inc., et al.                   |
| VAE    | 2 | 08-9461  | James H. Hasenfuss v. American Standard, Inc., et al.                 |
| VAE    | 2 | 08-9462  | John R. Hastings, Sr. v. American Standard, Inc., et al.              |
| VAE    | 2 | 08-9463  | Alfred A. Haugen v. American Standard, Inc., et al.                   |
| VAE    | 2 | 08-9464  | Francis J. Hedstrom v. American Standard, Inc., et al.                |
| VAE    | 2 | 08-9465  | Jay R. Hutton v. American Standard, Inc., et al.                      |
| VAE    | 2 | 08-9466  | Edward L. Lee v. American Standard, Inc., et al.                      |
| VAE    | 2 | 08-9467  | Jack H. Lester v. American Standard, Inc., et al.                     |
| VAE    | 2 | 08-9468  | Raymond C. Martin v. American Standard, Inc., et al.                  |
| VAE    | 2 | 08-9469  | Harold B. Martinson v. American Standard, Inc., et al.                |
| VAE    | 2 | 08-9470  | Thomas C. McDougall v. American Standard, Inc., et al.                |
| VAE    | 4 | 08-3247  | Robert Irving Armistead v. 3M Business Products Sales, Inc., et al.   |

VIRGIN ISLANDS

|      |   |        |                                                          |
|------|---|--------|----------------------------------------------------------|
| VI   | 1 | 08-54  | Gabriel Alexander v. St. Croix Alumina, LLC, et al.      |
| VI   | 1 | 08-55  | Theodore Simon v. St. Croix Alumina, LLC, et al.         |

*MICHAEL E. KUNZ*
*CLERK'S OFFICE*
*CLERK OF COURT*

# E-filing

*ROOM 2609*
*(267) 299-7018*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
U.S. COURT HOUSE
601 MARKET STREET
PHILADELPHIA 19106-1797

# RECEIVED

FEB 1 0 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE:     ASBESTOS PRODUCTS LIABILITY LITIGATION
           MDL 875
           **CA-N, Div. 3- See Attached Schedule**

Dear Clerk:

The enclosed certified copy of a Conditional Transfer Order (CTO-318) from the Judicial Panel is being sent to you regarding the involved action(s) listed on the attached schedule. These case(s) have been properly identified as multi district litigation asbestos cases.

## **\*\*PLEASE DO NOT FORWARD ANY OF THE RECORD OR ANY DOCUMENTS TO OUR COURT. WE ALSO DO NOT NEED A COPY OF THE DOCKET OR THIS ORDER RETURNED TO OUR COURT.\*\***

This copy is information for your court's records. We will extract your case from the pacer website; you are not required to forward any documents from your court's records. We are in the process of assigning new case numbers and all future docketing will be conducted in our court. A Transfer Order and Case Log will be sent to your Clerk. If you have any questions please contact me at (267) 299-7018.

Sincerely,

MICHAEL E. KUNZ
Clerk of Court

Tom Dempsey

Tom Dempsey
MDL Docketing Clerk

Enclosure