BRAYTON❖PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAULA ROBERTSON, as Successor-in-Interest to and Wrongful Death Heir of JOHN ROBERTSON, Deceased, and DIANA SPINT, as Legal Heir of JOHN ROBERTSON, Deceased,<br><br>  Plaintiffs,<br><br>vs.<br><br>CARRIER CORPORATION, *et al.*,<br><br>  Defendants. | No.  3:08-cv-04490-CRB<br><br>**ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF DEFENDANT PUGET SOUND COMMERCE CENTER, INC., f/k/a TODD SHIPYARDS CORPORATION** |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**.  All claims against Defendant PUGET SOUND COMMERCE CENTER, INC., f/k/a TODD SHIPYARDS CORPORATION are hereby dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: August 10, 2015    By: _____
  Charles R. Breyer
  United States District Judge

1
ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF DEFENDANT PUGET SOUND COMMERCE CENTER, INC., f/k/a TODD SHIPYARDS CORPORATION