1

2

3

4                    UNITED STATES DISTRICT COURT

5                   NORTHERN DISTRICT OF CALIFORNIA

6

7    RONALD DUTTON,                          Case No.  05-3107 CRB

8              Plaintiff,

9         v.                                 **ORDER TO DEFENDANT GENERAL
                                             ELECTRIC AND PLAINTIFFS
                                             REGARDING STATUS OF
10   GENERAL ELECTRIC, et al.,               SETTLEMENTS**

              Defendants.                    *This Order Relates To*:
11
                                             Clemmer, 05-3107 CRB
12                                           Alexander, 05-4945 CRB
                                             Cody, 06-0843 CRB
13                                           Cervenka, 06-6949 CRB
                                             Huff, 08-4490 CRB
14                                           Hulsen, 09-2012 CRB
                                             Bullock, 09-3185 CRB
15                                           Jackson, 09-3186 CRB
                                             Jones, 09-3953 CRB
16                                           Brown, 09-4681 CRB
                                             Mack, 10- 1729 CRB
17                                           Gilpin, 11-3564 CRB
                                             Huff, 11-3772  CRB
18                                           Shelly, 11-5597 CRB
                                             Duenas, 12-0714 CRB
19                                           Lowe, 12-5227 CRB
                                             McMeans, 13-0937 CRB
20

21

22

23       Plaintiffs and General Electric have advised the Court that the above cases have settled;

24  however, as of the date of this Order dismissals of the cases or of the claims against General

25  Electric have not been filed.  Accordingly, on or before **July 22, 2016**, the parties shall file

26  dismissals in the above actions or, if no dismissal can be filed, a joint statement explaining the

27  status of the settlement in each still pending action.

28

United States District Court
Northern District of California

1

2          **IT IS SO ORDERED.**

3    Dated: July 1, 2016

4

5                                                                    _____
6                                                                    JACQUELINE SCOTT CORLEY
                                                                     United States Magistrate Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2