BRAYTON♦PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA ROBERTSON, as Successor-in-Interest to and Wrongful Death Heir of JOHN ROBERTSON, Deceased, and DIANA SPINT, as Legal Heir of JOHN ROBERTSON, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>CARRIER CORPORATION, *et al.*,<br><br>Defendants | No. 3:08-cv-04490- CRB<br><br>**ORDER GRANTING PLAINTIFFS' DISMISSAL OF ENTIRE ACTION, WITHOUT PREJUDICE** |

**IT IS SO ORDERED**. All claims in this Federal case are hereby dismissed, without prejudice, against all Defendants named in this case pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Dated: July 25, 2016       By: _____
                               Charles R. Breyer
                               United States District Judge

1
ORDER GRANTING PLAINTIFFS' DISMISSAL OF ENTIRE ACTION, WITHOUT PREJUDICE